**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

**Jane Doe,**

**Plaintiffs,**

**v.**

**Civil Action 2:26-cv-1639**
**District Judge Douglas R. Cole**
**Magistrate Judge Kimberly A. Jolson**

**LG Energy Solution – Honda Battery Plant d/b/a L-H Battery Company, Inc., *et al.*,**

**Defendants.**

**DEFICIENCY ORDER**

Before the Court is Plaintiff's Complaint. (Doc. 1). In it, Plaintiff appears to be proceeding under a pseudonym rather than her name. (*See id.* at ¶ 1 (stating that she is bringing this action under a fictitious name)).

"As a general matter, a complaint must state the names of all parties." *Doe v. Porter*, 370 F.3d 558, 560 (6th Cir. 2004) (citing Fed. R. Civ. P. 10(a)). While Plaintiff states that proceeding under a pseudonym would "protect her from retaliation and discrimination in finding other jobs, stalking and harassment by Defendants or employees of Defendant L-H Battery Company, Inc., and due to the emotional distress and impact on her mental health and wellbeing that she has experienced as a survivor of sexual harassment" (Doc. 1 at ¶ 1), the Court requires more. If Plaintiff wishes to proceed in this way, she is **ORDERED** to file a motion justifying her request under the considerations outlined in *Porter* and its progeny **on or before December 8, 2026**

IT IS SO ORDERED.

Date: November 23, 2026

/s/ Kimberly A. Jolson
KIMBERLY A. JOLSON
UNITED STATES MAGISTRATE JUDGE